1  BUCHALTER, NEMER, FIELDS & YOUNGER
        MICHAEL L. WACHTELL (SBN: 47218)
2  A Professional Corporation
   601 South Figueroa Street, Suite 2400
3  Los Angeles, CA 90017-5704
   Telephone: (213) 891-0700 / Facsimile: (213) 896-0400
4
   BUCHALTER, NEMER, FIELDS & YOUNGER
5        RICHARD C. DARWIN (SBN: 161245)
   A Professional Corporation
6  333 Market Street, 25th Floor
   San Francisco, CA 94105-2130
7  Telephone: (415) 227-0900 / Facsimile: (415) 227-0770

8  Attorneys for Defendant
   HOME DEPOT, TREND LIGHTING CORP., and
9  HAMPTON BAY FAN & LIGHTING COMPANY

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

| 14 | SEED LIGHTING DESIGN CO., LTD., | Case No. C04 02291 SBA |
|---|---|---|
| 15 | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF** |
| 16 | vs. | |
| 17-19 | HOME DEPOT, a Delaware Corporation, TREND LIGHTING CORP., a California corporation, and HAMPTON BAY FAN & LIGHTING COMPANY, | |
| 20 | Defendants. | |

21

22     WHEREAS, the original discovery cut-off in this case was April 15, 2005;

23     WHEREAS, on April 11, 2005, this Court issued an order extending the date for the

24  parties to complete previously noticed depositions until May 16, 2005 (a copy of which is

25  attached hereto as Exhibit A);

26     WHEREAS, this Court's April 11 order also denied the plaintiff's request to take

27  additional depositions after the original April 15 discovery cut-off;

28

WHEREAS, due to the conflicting schedules of the witnesses and their lawyers, the parties have been unable to schedule and complete those depositions that were timely noticed prior to the original April 15 discovery cut-off;

WHEREAS, there is no trial date currently set in this case;

NOW, THEREFORE, the parties hereby agree and stipulate to continue the fact discovery cut-off to June 17, 2005, for the sole purpose of completing those depositions that were timely noticed prior to the original April 15 discovery cut-off, and for no other purpose. The parties further agree and stipulate that neither party shall serve new deposition notices or written discovery requests of any kind during the newly extended period, consistent with this Court's April 11 order, and that this stipulation shall not alter or otherwise continue any other previously set hearings or deadlines.

DATED: May 12, 2005

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By: _____
Richard C. Darwin
Attorneys for Defendant
HOME DEPOT, TREND LIGHTING CORP.,
and HAMPTON BAY FAN & LIGHTING
COMPANY

DATED: May 12, 2005

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
Lael D. Beloate
Attorneys for Plaintiff
SEED LIGHTING DESIGN CO., LTD

IT IS SO ORDERED.

DATED: May 18, 2005

/s/ Saundra Brown Armstrong
JUDGE OF THE UNITED STATES
DISTRICT COURT