**United States District Court**
For the Northern District of California

1

2                    IN THE UNITED STATES DISTRICT COURT

3                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    SEED LIGHTING DESIGN CO., LTD.,          No. C 04-2291 SBA

6                    Plaintiff,

7        v.                                   **JUDGMENT**

8    HOME DEPOT, et al.,

9                    Defendants.

10   _____

11          In accordance with the Court's Order granting Defendants' Motion for Summary Judgment,

12          IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants on all of Plaintiff's

13   claims.  All matters calendared in this action are VACATED.  The Clerk shall close the file and terminate any

14   pending matters.

15          IT IS SO ORDERED.

16

17

18

19   Dated: 8-3-05                            _____
                                             SAUNDRA BROWN ARMSTRONG
20                                            United States District Judge

21

22

23

24

25

26

27

28