IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEED LIGHTING DESIGN CO, LTD., | No. C 04-2291 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket Nos. 86, 93] |
| HOME DEPOT, et al., | |
| Defendants. / | |

On August 17, 2005, Defendants filed a Motion for Attorney's Fees [Docket No. 93] and noticed the Motion to be heard on September 27, 2005. On August 17, 2005, Defendants re-noticed their Motion to be heard on October 18, 2005.

On September 23, 2005, the parties submitted a stipulation requesting a continuance of the hearing date on Defendants' Motion for Attorneys' Fees to November 1, 2005. The parties state in their stipulation that they have reached a tentative settlement on both the underlying matter and the pending appeal but need additional time to finalize and execute the agreement. While the parties have demonstrated the existence of good cause warranting a brief extension of the hearing on Defendants' Motion, November 1, 2005 is not an available hearing date.

Accordingly,

IT IS HEREBY ORDERED THAT the parties' stipulation [Docket No. 93] is GRANTED.

IT IS FURTHER ORDERED THAT the hearing on Defendants' Motion for Attorney's Fees [Docket No. 86] will be CONTINUED from October 18, 2005 at 1:00 p.m. to **December 6, 2005 at 1:00 p.m.** The Court, in its discretion, may adjudicate the Motion without a hearing, in which case the Clerk will notify the parties that no appearance is necessary.

IT IS SO ORDERED.

Dated: 9/27/05

SAUNDRA BROWN ARMSTRONG
United States District Judge